**UNITED STATES COURT OF APPEALS**
**For the Fifth Circuit**

---

**No. 97-30135**
**Summary Calendar**

---

**WARD E. BRYANT, on behalf of Martin Dale Bryant;**
**ROGETTE D. BRYANT, on behalf of Martin Dale Bryant,**

**Plaintiffs-Appellants,**

**VERSUS**

**CADDO PARISH SCHOOL BOARD,**

**Defendant-Appellee.**

---

Appeal from the United States District Court
For the Western District of Louisiana
(95-CV-441)

---

September 26, 1997

Before DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

We have carefully reviewed the briefs, the record excerpts and relevant portions of the record itself. For the reasons stated by the district court in its memorandum ruling and Order filed under date of January 3, 1997, we are satisfied that the Summary Judgment

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

granted by the district court in favor of Caddo Parish School Board should be and is now **AFFIRMED**.